

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00190-CV

Midstate Environmental Services, LP
v.
John Atkinson and 5A Environmental Services, LLC

On appeal from the
94th District Court of Nueces County, Texas
Trial Cause No. 2017DCV-1382-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

December 14, 2017